UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARK EDWARDS,

                      Plaintiff,

-against-

GREEN HAVEN C.F. HEARING OFFICER
ERIC GUTWEIN, et al.,

                      Defendants.
-------------------------------------------------------------X

21 CIVIL 3183 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 7, 2022, Defendants' motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint...leave to amend is not necessary when it would be futile." Reed v. Friedman Mgmt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). In this case, the Complaint is dismissed with prejudice because any amendment would be futile; accordingly, the case is closed.

**Dated:** New York, New York

       April 11, 2022

                                                      RUBY J. KRAJICK

                                                      Clerk of Court

                           BY:

                                                        **Deputy Clerk**